IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FINTIV, INC.,<br>    *Plaintiff* | § § § § § § § § § | 1-21-CV-00896-ADA |
| v. | | |
| APPLE INC.,<br>    *Defendant* | | |

## ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Dr. Joshua J. Yi to serve as a technical advisor on this case. The Court has reviewed Dr. Yi's invoice for services through today and finds the requested amount to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

    Plaintiff:        $14,977.50
    Defendant:     $14,977.50

Dr. Yi will separately provide deposit instructions.

**SIGNED** this 17th day of March, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE