IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **FINTIV, INC.,** *Plaintiff,* | § § § § § § § § § § | A-21-CV-00896-ADA |
| v. | | |
| **APPLE INC.,** *Defendant.* | | |

### ORDER SETTING VOIR DIRE AND PRE-VOIR DIRE CONFERENCE

This matter is before the Court on its own Motion. Accordingly, **IT IS HEREBY ORDERED** that the above-entitled and numbered case is set for a Video Conference to discuss voir dire protocol with the undersigned on Tuesday, June 14, 2022 at 2:00 p.m. The conference will be conducted by video at:

https://txwd-uscourts.zoomgov.com/j/1610427634?pwd=V2RpaERVTkdySGI4b2F6cTZGSWRiZz09

and must be attended by at least one counsel for each party having appeared as of the date of this Order.

**IT IS FURTHER ORDERED** that voir dire is set before the undersigned on Thursday, June 16, 2022 at 9:00 a.m. in Courtroom #1 in the United States Courthouse, 501 W 5th Street, Austin, Texas 78701.

**SIGNED this 9th day of May, 2022.**

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE