# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| FINTIV, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>APPLE INC., )<br><br>Defendant. ) | Civil Action No. 6:21-cv-00896-ADA |

## JOINT STATUS REPORT

Pursuant to the Court's July 5 Order, Plaintiff Fintiv, Inc. ("Fintiv") and Defendant Apple, Inc. ("Apple") (collectively, "the Parties"), respectfully submit this Joint Status Report regarding the status of their compliance with the Court's Order (Dkt. 441). The Parties have produced documents identified in Paragraphs 2(b)-(c), and have exchanged custodians and search terms pursuant to Paragraph 2(f) of the July 5 Order. The Parties are meeting and conferring regarding the application of confidentiality designations in Apple's production and the parameters of ESI custodians, searches, and productions.

Dated: August 8, 2022                          Respectfully submitted,

*/s/ Raymond W. Mort, III*                      */s/ John M. Guaragna*
Jonathan K. Waldrop (CA Bar No. 297903)         John M. Guaragna
(Admitted in this District)                     Texas Bar No. 24043308
jwaldrop@kasowitz.com                           Zachary Loney (Pro Hac Vice)
Darcy L. Jones (CA Bar No. 309474)              Texas Bar No. 24092714
(Admitted in this District)                     DLA PIPER LLP (US)
djones@kasowitz.com                             303 Colorado, Suite 3000
Marcus A. Barber (CA Bar No. 307361)            Austin, TX 78701
(Admitted in this District)                     Telephone: (512) 457-7000
mbarber@kasowitz.com                            Facsimile: (512) 457-7001
                                                john.guaragna@us.dlapiper.com

John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted pro hac vice)
tnguyen@kasowitz.com
Chen Jia (CA Bar No. 281470)
(Admitted in this District)
cjia@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Paul G. Williams (GA Bar No. 764925)
(Admitted in this District)
pwilliams@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081

Marc E. Kasowitz (NY Bar No. 1309871)
(Admitted pro hac vice)
mkasowitz@kasowitz.com
Shelley Ivan (NY Bar No. 4338067)
(Admitted pro hac vice)
sivan@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

George Philip Cowden (TX Bar No. 24071492)
george@cowdenlawfirm.com
**THE COWDEN LAW FIRM, PLLC**
110 N. College Ave., Suite 1010
Tyler, TX 75702
Telephone: (903) 201-3650
Facsimile: (903) 201-3651

Mark D. Fowler (Pro Hac Vice)
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, California 94303-2214
Telephone: (650) 833-2000
Facsimile: (650) 833-2001

Sean C. Cunningham (Pro Hac Vice)
CA Bar No. 98895
Erin Gibson (Pro Hac Vice)
CA Bar No. 229305
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: 619.699.2700
Fax: 619.699.2701
sean.cunningham@dlapiper.com
erin.gibson@dlapiper.com

Paul Steadman (Pro Hac Vice)
Stephanie Lim (Pro Hac Vice)
DLA PIPER LLP (US)
444 West Lake Street, Ste. 900
Chicago, IL 60606
Telephone: 312.368.4000

J. Stephen Ravel
State Bar No. 16584975
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, TX 78701
Telephone: 512.495.6329
Facsimile: 512.495.6401
steve.ravel@kellyhart.com

ATTORNEYS FOR DEFENDANT
APPLE INC.

WEST\299610356.1

Craig D. Cherry (TX Bar No. 24012419)
craig@swclaw.com
Justin W. Allen (TX Bar No. 24081977)
justin@swclaw.com
**STECKLER WAYNE CHERRY & LOVE
PLLC**
8416 Old McGregor Rd.
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689

Raymond W Mort, III (TX Bar No. 00791308)
raymort@austinlaw.com
**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, TX 78701
Telephone: (512) 865-7950
Facsimile: (512) 865-7950

ATTORNEYS FOR PLAINTIFF
FINTIV, INC.

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing

document has been served on August 8, 2022, to all counsel of record who are deemed to have

consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(b)(1).  Any

other counsel of record will be served by a facsimile and/or first class mail.


*/s/ John M. Guaragna*
John M. Guaragna

WEST\299610356.1