UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FINTIV, INC. § | |
| § | CIVIL NO: |
| vs. § | AU:21-CV-00896-ADA |
| § | |
| APPLE INC., WELLS FARGO BANK, N.A., § | |
| USAA FSB | |

## ORDER CANCELLING JURY SELECTION AND TRIAL

On June 13, 2023, the Court heard further oral argument on Apple's Motion for Summary Judgment of Noninfringement (ECF No. 270). After considering the Motion, the applicable law, and argument of counsel, the Court is persuaded that its previous order denying Apple's Motion should be VACATED and Apple's Motion should be GRANTED. The Court therefore orally granted Apple's Motion. A written order granting Apple's Motion is forthcoming.

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **JURY SELECTION AND TRIAL** on **Monday, July 10, 2023 at 09:00 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 13th day of June, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE