IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FINTIV,<br><br>　　　*Plaintiff*,<br><br>v.<br><br>APPLE INC.,<br><br>　　　*Defendant*. | Civil Action No. 1:21-cv-00896 |

## FINAL JUDGMENT

The Court granted Defendant Apple Inc.'s Motion for Summary Judgment of No Infringement on June 21, 2023. ECF No. 467. The Court now enters its Judgment as follows:

**IT IS ORDERED** that final judgment is entered in favor of Defendant and against Plaintiff. Plaintiff shall take nothing by this action.

**IT IS FURTHER ORDERED** that any and all motions not previously ruled upon by the Court are **DENIED** as moot.

**IT IS FURTHER ORDERED** that Defendant's remaining counterclaims and defenses are dismissed without prejudice.

**IT IS FURTHER ORDERED** that any relief not specifically granted in this judgment is **DENIED**.

**IT IS FINALLY ORDERED** that the Clerk of Court is directed to close the case.

**SIGNED** this 29th day of June, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ALAN D ALBRIGHT
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE