IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **FINTIV, INC.,** *Plaintiff,* v. **APPLE INC.,** *Defendant.* | § § § § § § § § § § | **CASE NO. 1:21-CV-00896-ADA** |

### FINAL JUDGMENT

**THIS CAUSE** is before the Court upon Defendant Apple Inc.'s Motion for Summary Judgment of Noninfringement (ECF No. 270) and Defendant Apple Inc.'s Motion for Dismissal With Prejudice (ECF No. 542). For the reasons discussed in the Court's August 7, 2025 Memorandum Opinion, the Court granted-in-part and denied-in-part Defendant's Motion for Summary Judgment. ECF No. 544; ECF No. 540 at 2. Thereafter, the Court granted Defendant's Motion for Dismissal and dismissed all remaining claims with prejudice. ECF No. 543. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate Final Judgment.

It is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Defendant Apple Inc. and against Plaintiff Fintiv, Inc. Plaintiff shall take nothing by this action.

2. Any and all motions not previously ruled upon by the Court are **DENIED AS MOOT.**

3. To the extent not otherwise disposed of, any scheduled hearings or events are **CANCELLED,** and all deadlines are **TERMINATED.**

2

4.   This case is **CLOSED** for administrative purposes only. The Court retains jurisdiction over this matter to enter any post-judgment orders as necessary.

SIGNED this 7th day of August, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE