IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FINTIV, INC., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> APPLE INC., § <br> § <br> Defendant. § § | Civil Action No.: 1:21-cv-00896-ADA <br><br> JURY TRIAL DEMANDED |

### NOTICE OF APPEAL[1]

Pursuant to 28 U.S.C. § 1295, Fed. R. App. P. 3 and 4, and Fed. Cir. R. 3 and 4, notice is hereby given that Plaintiff Fintiv, Inc. ("Fintiv") respectfully appeals to the United States Court of Appeals for the Federal Circuit from the District Court's August 7, 2025 Final JUDGMENT (Dkt. 546) and from any and all other findings, determinations, conclusions, orders, opinions, decisions, judgments, and rulings leading up to that Final Judgment, including, without limitation, the District Court's:

1. August 7, 2025 Summary Judgment Order (Dkt. 544) – Granting-In-Part and Denying-In-Part Defendant Apple Inc.'s Motion for Summary Judgment of Noninfringement;

2. July 29, 2025 Text Order – Denying Motion to Continue Trial or, in the Alternative, Order Defendant Apple Inc. To Comply With Previous Discovery Orders by Fintiv, Inc.;

---

[1] This case was originally filed in the Waco Division on December 12, 2018 (Case No. 6:18-cv-372). On December 23, 2019, the case was transferred to the Austin Division (Case No. 1:19-cv-01238-ADA). Due to COVID issues, on September 8, 2021, the case was transferred back to the Waco Division (Case No. 6:21-cv-926). After the Federal Circuit granted Apple's Writ of Mandamus, the case was moved back to the Austin Division on October 4, 2021 (Case No. 1:21-cv-00896) (current).

3. August 1, 2025 Sealed Order Concerning Pretrial Motions (Dkt 540) – Denying Plaintiff Fintiv, Inc.'s Motion to Strike the Rule 26 Disclosure and Declaration, and Exclude Portions of the Testimony, of Ahmer Khan [ECF No. 262];

4. August 1, 2025 Sealed Order Concerning Pretrial Motions (Dkt. 540) – Denying Plaintiff Fintiv, Inc.'s Motion to Strike Portions of the Expert Rebuttal Report and Exclude Portions of the Testimony of Henry Dreifus [ECF No. 263];

5. August 1, 2025 Sealed Order Concerning Pretrial Motions (Dkt. 540) – Denying Plaintiff Fintiv, Inc.'s Opposed Emergency Motion to Strike Apple Inc.'s Supplemental Brief in Support of Summary Judgment [ECF No. 502];

6. August 1, 2025 Sealed Order Concerning Pretrial Motions (Dkt. 540) – Denying Plaintiff Fintiv, Inc.'s Opposed Motion for Leave to Supplement the Opening Expert Report of Michael Shamos, Ph.D. [ECF No. 521].

Dated: September 5, 2025

Respectfully submitted,

By: /s/ Jonathan K. Waldrop
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted *pro hac vice*)
tnguyen@kasowitz.com
**KASOWITZ LLP**
101 California Street, Suite 3950

San Francisco, California 94111
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Marc E. Kasowitz (NY Bar No. 1309871)
(Admitted *pro hac vice*)
mkasowitz@kasowitz.com
Jeceaca An (NY Bar No. 5849898)
(Admitted in this District)
jan@kasowitz.com
Paula Y. Ajumobi (NY Bar No. 6056097)
(Admitted *pro hac vice*)
pajumobi@kasowitz.com
Kristine B. Abrenica (NY Bar No. 5781489
(Admitted *pro hac vice*)
kabrenica@kasowitz.com
**KASOWITZ LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Paul G. Williams (GA Bar No. 764925)
(Admitted in this District)
pwilliams@kasowitz.com
**KASOWITZ LLP**
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081

Raymond W Mort, III (TX Bar No. 00791308)
raymort@austinlaw.com
**THE MORT LAW FIRM, PLLC**
501 Congress Ave., Suite 150
Austin, TX 78701
Telephone: (512) 865-7950
Facsimile: (512) 865-7950

**Attorneys for Plaintiff**
**FINTIV, INC.**

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 5th day of September, 2025, via the Court's CM/ECF system.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop
